AO 450 (Rev. 5/85) Judgment in a Civil Case

# United States District Court

DISTRICT OF **KANSAS**

FILED
APR 5 1990
RALPH L. DeLOACH, Clerk
By C. Marker, Deputy

RURAL TELEPHONE SERVICE
COMPANY, INC.,
          Plaintiff,
    V.

FEIST PUBLICATIONS, INC.,
          Defendant.

**JUDGMENT IN A CIVIL CASE**

CASE NUMBER: 83-4086-R

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came ~~to trial or hearing~~ before the Court. The issues have been ~~tried or heard~~ considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED  that judgment be entered in favor of Feist Publishing, Inc., in the amount of $99,000.00

    IT IS FURTHER ORDERED that Rural Telephone Service Company, Inc. be hereby enjoined from refusing to license the white pages listings to Feist Publishing, Inc. at a reasonable rate.  The parties shall attempt to resolve the amount of this rate within thirty days of the date of this order. If no agreement is reached, the court shall determine the appropriate rate.

    IT IS FURTHER ORDERED that Feist Publishing, Inc., be hereby awarded its attorney's fees in litigating this action.  The parties should make some effort to resolve this issue in accordance with Local Rule 220.  The issue should be submitted to the court if no agreement is reached by the parties.

    IT IS FURTHER ORDERED that the plaintiff take nothing, that the action be dismissed on the merits, and that the defendant Feist Publications, Inc., recover of the plaintiff, Rural Telephone Service Company, Inc., his costs of action.

(EOD 4/5/90)

April 5, 1990
Date

RALPH L. DeLOACH
Clerk

Carol Marker
(By) Deputy Clerk

121