FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

JUN 21  3 28 PM '91

RALPH L. DELOACH,
BY C. Marker DEPUTY
AT TOPEKA, KS.

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF KANSAS

RURAL TELEPHONE SERVICE )
COMPANY, )
                Plaintiff, )
)
vs. )   Case No. 83-4086-R
)
FEIST PUBLICATIONS, INC., )
)
                Defendant. )
)

## O R D E R

In accordance with the directives of the United States Supreme Court and the Tenth Circuit Court of Appeals, this court's judgment of March 22, 1988 is hereby vacated. Judgment is hereby entered in favor of Feist Publications, Inc. and against Rural Telephone Service Company, Inc. Rural Telephone Service Company, Inc. shall take nothing on its complaint for copyright infringement. In addition, Rural Telephone Service Company, Inc. is hereby directed to pay costs to Feist Publications, Inc. in the amount of $4,103.27.

**IT IS SO ORDERED.**

Dated this 21st day of June, 1991 at Topeka, Kansas.

                                      Richard D. Rogers
                                      United States District Judge

156